# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Karvelas Stevens, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Bill Zimmerman, et. al., | ) | Case No. 1:15-cv-078 |
| | ) | |
| Defendants. | ) | |

On July 31, 2015, the undersigned issued a report recommending the dismiss of all of plaintiff's claims save those against Defendant Zeco, Inc. unless plaintiff filed an amended complaint within sixty days addressing the pleading deficiencies. In so doing, the undersigned advised that the Report and Recommendation would be deemed moot should plaintiff file an amended complaint within the prescribed time frame. The undersigned further advised that any amended complaint filed by plaintiff would be screened pursuant to 28 U.S.C. § 1915(e)(2).

On August 17, 2015, plaintiff filed an amended complaint. Consequently, the undersigned's Report and Recommendation (Docket No. 9) is deemed **MOOT**. Plaintiff's amended complaint shall be subjected to a new screening pursuant to § 1915(e)(2). The Clerk's office shall delay service of summonses and the amended complaint pending further instructions from the court.

**IT IS SO ORDERED.**

Dated this 19th day of August, 2015.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court