# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Karvelas Stevens, | ) |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| Bill Zimmerman, et al., | ) Case No. 1:15-cv-078 |
| Defendant. | ) |

The Clerk's office is directed to seal exhibits B and E attached to Docket No. 38 as they contain sensitive personal information.

**IT IS SO ORDERED**.

Dated this 23rd day of January, 2017.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court